JUSTICE WARNER
concurs.
*267 ¶79 Along with Justice Rice, I concur with the Court’s conclusion to affirm the judgment.
¶80 I am constrained to reserve judgment on the wisdom of incorporating the forfeiture by wrongdoing hearsay exception into the Rules of Evidence. If such an amendment to the Rules is again proposed, I will consider arguments both for and against its adoption.
¶81 I must agree with Justice Rice’s analysis concerning the note left by Aleasha. It was not testimonial for the reasons he states in his concurrence. This is especially true in view of the fact that the note was not introduced to prove that Sanchez killed Aleasha, but for the sole purpose of providing relevant evidence concerning whether he did so while acting under the influence of extreme mental or emotional stress.